UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 91-10271-JLT |
| | * | |
| PATRICK MORGANELLI, | * | |
| | * | |
| Defendant. | * | |

ORDER

July 9, 2007

TAURO, J.

This court lacks jurisdiction to order the Government to expunge Defendant's arrest records.[1] Accordingly, Defendant's letter dated June 27, 2007, which this court construes as a Post-Acquittal Applications for Entry of an Order Directing the Government to Expunge Records Related to Processing by the United States Marshals Service [#58], is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

---

[1] See United States v. Coloian, 480 F.3d 47 (1st Cir. 2007).